IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SANDRA D. ABRAMS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 7:07-CV-187-HL |
| **THOMAS COUNTY BOARD OF** : | |
| **COMMISSIONERS, et al.,** : | |
| : | |
| Defendants. : | |
| : | |

# ORDER

Before the Court is Defendants' Motion to Dismiss for Lack of Prosecution. (doc. 49). Defendant's bring this motion pursuit to Fed. F. Civ. P. 41(b).

Plaintiff originally filed this lawsuit against Defendants on November 22, 2007. On September 16, 2008, this Court entered an Order granting a Motion to Withdraw (doc. 47) by Plaintiff's attorney. Therein, Plaintiff was given until November 17, 2008 to seek new counsel, and Plaintiff's response to Defendants' Motion for Judgment on the Pleadings would be due twenty-one (21) days following entry of appearance of new counsel.

To date, no new counsel has made an entry of appearance of behalf of Plaintiff. After verbal communication with this Court, Plaintiff expressed the decision to abandon this lawsuit. Wherefore, Defendants' Motion to Dismiss for Lack of Prosecution is **GRANTED**. Plaintiff's action is dismissed without

prejudice and does not operate as an adjudication on the merits.

**SO ORDERED**, this the 15th day of December, 2008

                                                *s/   Hugh Lawson*
                                                **HUGH LAWSON, Judge**

wjc